UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson Division

| | | |
|---|---|---|
| TIFFANY ALEXANDER, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| | : | Civil Action No.: |
| v. | : | 3:04-cv-00614 |
| | : | |
| CITY OF JACKSON, | : | Judge Henry T. Wingate |
| MISSISSIPPI, et al., | : | |
| | : | |
| Defendants. | : | |

**FINAL ORDER AND JUDGMENT**

Having considered the Settlement Agreement between plaintiffs and the defendants, and the entire record in the above-captioned action, and, upon joint application of plaintiff and the defendants, through their respective attorneys, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

(1) The Court hereby approves the terms of the Settlement Agreement as fair, reasonable, appropriate, and in accordance with law, and hereby incorporates by reference herein such Settlement Agreement;

(2) Consistent with such Settlement Agreement, this action is hereby dismissed with prejudice; provided, however, that the Court will retain jurisdiction for the purpose of determining plaintiffs' petition for attorneys' fees and expenses and for enforcing compliance with the terms of the Settlement Agreement and this Final Order and Judgment under federal law.


Dated:   February 20, 2009                    s/ HENRY T. WINGATE

                                              CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| s/Pieter Teeuwissen | s/ Thomas A. Woodley |
| Pieter Teeuwissen | Thomas A. Woodley |
| Claire Barker | Molly A. Elkin |
| Office of the City Attorney | WOODLEY& McGILLIVARY |
| 455 East Capitol Street | 1125 15th St., NW |
| Post Office Box 2779 | Suite 400 |
| Jackson, Mississippi 39207 | Washington, DC  20005 |
| (601) 960-1799 | (202) 833-8855 |
| (601) 960-1756 (fax) | (202) 452-1090 (fax) |
| | |
| s/Anthony Simon | s/ Louis Watson |
| Anthony Simon | LOUIS WATSON |
| Post Office Box 749 | Louis H. Watson Jr. |
| Jackson, Mississippi 39205 | 520 East Capitol Street |
| (601) 352-1091 | Jackson, Mississippi 39201 |
| (601) 354-4370 (fax) | (601) 968-0000 |
| | |
| Counsel for Defendants | Counsel for Plaintiffs |
| | |
| Dated: February 19, 2009 | Dated: February 19, 2009 |

Civil Action No. 3:04-cv-00614 HTW-LRA

Final Order and Judgment